```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| HELENA AGRI-ENTERPRISES, LLC, | 1:18-cv-14810-NLH-AMD |
| Plaintiff, | **ORDER** |
| v. |  |
| CONEWAGO ORCHARDS, INC., |  |
| Defendant. |  |

**APPEARANCES**:

DANIEL JOSEPH DEFIGLIO
ARCHER & GREINER PC
ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033

   *On behalf of Plaintiff*

**HILLMAN, District Judge**

   WHEREAS, on October 10, 2018, Plaintiff filed this action to collect payment from Defendant for agricultural products provided to Defendant by Plaintiff[1]; and

   WHEREAS, pending before Court is Plaintiff's motion for the entry of default judgment pursuant to Federal Civil Procedure Rule 55; and

   WHEREAS, Rule 55 provides that obtaining a default judgment is a two-step process: first, when a defendant has failed to

---

[1] Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. § 1332(a)(1).  Plaintiff is a citizen of New York with a business location in New Jersey, and Defendant is a citizen of Pennsylvania.  (Docket No. 5 at 2.)

plead or otherwise respond, a plaintiff may request the entry of default by the Clerk of the Court, Fed. R. Civ. P. 55(a), and second, after the Clerk has entered the party's default, a plaintiff may then obtain a judgment by default by either (1) asking the Clerk to enter judgment, if the judgment is a sum certain, or (2) applying to the Court, Fed. R. Civ. P. 55(b); and

WHEREAS, Plaintiff requested the entry of default by the Clerk, and the Clerk entered default on December 28, 2018; and

WHEREAS, Plaintiff filed a motion for default judgment pursuant to Rule 55(b)(2); but

WHEREAS, Plaintiff is seeking a sum certain for payment of an outstanding invoice for agricultural goods[2];

Therefore,

IT IS HEREBY on this __3rd__ day of __June__, 2019

ORDERED that the Clerk of the Court is directed to enter the judgment of default, pursuant to Fed. R. Civ. P. 55(b)(1), in favor of Plaintiff Helena Agri-Enterprises, LLC and against Defendant Conewago Orchards, Inc. in the sum of $97,813.54; and it is further

ORDERED that Plaintiff's motion for default judgment [9]

---

[2] Plaintiff recognizes that it is seeking a sum certain, noting that "[p]ursuant to L. Civ. R. 7.1, no brief is required as Defendant Conewago has failed to respond and the amount due is a sum certain of $97,813.54." (Docket No. 9.)

2

be, and the same hereby is, DENIED AS MOOT.


|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |